THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEE BRADFORD, Defendant-Appellant.

(No. 58593;

First District (1st Division)—January 14, 1974.

*Rehearing denied March 7, 1975.*

Opinion by Mr. PRESIDING JUSTICE EGAN.

James J. Doherty, Public Defender, of Chicago (Ira Churgin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.